CO-386
10/2018

# United States District Court
# For the District of Columbia

ZURICH AMERICAN INSURANCE )
COMPANY )
)
)
           vs      Plaintiff )   Civil Action No. 19-cv-01818
)
UIP COMPANIES LLC, et al. )
)
)
           Defendant )

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for  Plaintiff Zurich American Insurance Company  certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  Zurich American Insurance Company  which have any outstanding securities in the hands of the public:

Zurich American Insurance Company is a wholly owned subsidiary of Zurich Holding Company of America, Inc., a Delaware corporation. Zurich Holding Company of America, Inc. is 99.180% owned directly by Zurich Insurance Company Ltd, a Swiss corporation, with the remaining shares indirectly owned by Zurich Insurance Company Ltd. Zurich Insurance Company Ltd is directly owned by Zurich Insurance Group Ltd, a Swiss corporation. Zurich Insurance Group Ltd is the only publicly traded parent company, with a listing on the Swiss stock exchange, and a further trading of American Depositary Receipts.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_
Signature

DC Bar No. 1048141
BAR IDENTIFICATION NO.

Andrew L. Margulis
Print Name

750 Third Avenue, 25th Floor
Address

New York    NY    10017
City    State    Zip Code

212-668-5927
Phone Number