## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, | ) ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 19-cv-01818 (APM) |
| UIP COMPANIES LLC et al., | ) ) ) |
| Defendants. | ) ) ) |

## **ORDER**

For the reasons set forth in the court's Memorandum Opinion, ECF No. 29, the court grants Plaintiff's Motion for Summary Judgment and dismisses Defendants' Counterclaim.

This is a final, appealable Order.

Dated: February 16, 2021

Amit P. Mehta
United States District Court Judge