**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY | |
| Plaintiff, | Case No. 1:19-cv-01818 |
| v. | Judge Mehta |
| UIP COMPANIES LLC, *et al.* | |
| Defendants. | |

**NOTICE OF APPEAL**

Notice is hereby given that Defendant/Counterclaimants, UIP Companies LLC, Steven F. Schwat, Peter J. Bonnell, Stephen E. Cox and Schwat Realty LLC hereby appeal to the United States Court of Appeals District of Columbia Circuit from the Order granting Plaintiff's Motion for Summary Judgment and dismissing Defendants' Counterclaims [Document 30] entered in this action on February 16, 2021.

Dated: March 18, 2021

/s/  Julie Hammerman
Gary Thompson (DC Bar No. 435315)
Julie Hammerman (DC Bar No. 975818)
THOMPSON HAMMERMAN DAVIS LLP 1015 15th Street, NW, Suite 600
Washington, DC  20036
Ph: (202) 256-9910
Fax: (202) 318-5356
gthompson@thompsonhd.com
jhammerman@thompsonhd.com

*Counsel for All Defendants*

**CERTIFICATE OF SERVICE**

I, Julie L. Hammerman, hereby certify that on March 18, 2021, I caused the foregoing to

be served by filing same with the Court's Electronic Filing System, as follows:


Andrew L. Margulis (DC Bar No. 1048141)
Ropers, Majeski, Kohn & Bentley, PC
750 Third Avenue, 25th Floor
New York, New York 10017
Tel. (212) 668-5927
Fax: (212) 668-5929
Email: andrew.margulis@rmkb.com

*Attorney for Plaintiff Zurich American
Insurance Company*


/s/ Julie L. Hammerman
Julie L. Hammerman